In the Matter of the Application of the CORPORATION COUNSEL OF THE CITY OF NEW YORK, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners, Legally Entitled to Damages Caused by the Closing of a Portion of Old White Plains Road in Block 4595, in the Borough of The Bronx, City of New York. In re Application for Payment of Awards. FRANK J. TAYLOR, Comptroller of the City of New York, Appellant; ELIZABETH DOWNS and Others, as Executrices, etc., of MARY A. ULLMAN, Deceased, and HELEN U. SPRAGUE, as Administratrix de Bonis Non of the Estate of CHARLES L. ULLMAN, Deceased, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer and Dore, JJ.

ANSHEL HOENIG, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of JACK McLEAN, Respondent, v. WILLIAM L. STARCK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

NATIONAL SCIENTIFIC PUBLICATIONS, INC., Respondent, v. SUCCESSFUL LIVING, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RIDES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PURE OIL COMPANY, a Corporation, Respondent, v. QUEENS BUS LINES, INC., and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

MILTON GROPPER, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK (Sued Herein as " NATIONAL CITY BANK ") and F. JOSEPH HOLLERAN, Appellants, Impleaded with Another.— Order unanimously modified as follows: (1) By inserting after the word " That " in items 1, 2 and 3, the words " at or about the time or times mentioned in the complaint." (2) By striking out item 4 and substituting therefor the following: " That in the transactions complained of and at or about the times mentioned in the complaint, the defendant City Company was a subsidiary of the defendant Bank and was acting, managed, controlled or directed by the defendant Bank." (3) By striking out item 22 and substituting therefor the following: " As to the value of the stock of Oliver Farm Equipment Company on or about the dates mentioned in the complaint." (4) By striking out the number " 11 " in items 12, 14 and 17, and inserting in place thereof the number " 10." And as so modified affirmed, with twenty dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of JOSEPH G. TURBIN, Also Known as J. GEORGE TURBIN, an Attorney.— Report of referee confirmed and proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.